Exhibit A to the Complaint

**Location:** Mount Vernon, NY  
**Total Works Infringed:** 33

**IP Address:** 71.190.136.176  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A64381041A252AD91A64156C8F12B51A4933A693<br>File Hash:<br>2DDDE9A5514A9E98DCCFC4EA6F1978A7B303D71F9AA9B450FD96423B72AA1AEE | 12-09-2022 23:36:34 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 2 | Info Hash: 4B576AA5A92A83B45E0239342446F37CD934EBEF<br>File Hash:<br>C64891F0027E36B48D465F40689AB07D635021569070B5ABF4533F513144F190 | 12-09-2022 23:30:50 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 3 | Info Hash: 87A04FA1AAE06DD2E662C82CD5EF39D11E0B0BF0<br>File Hash:<br>44DDDA224F4BBB771F421A7B09DA79AF011EC4E3C66180655111037FEBECC81B | 12-09-2022 23:30:38 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 4 | Info Hash: DA9611E9C7E846C569D5C06970789091CF2B3B44<br>File Hash:<br>D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 12-09-2022 23:30:03 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 5 | Info Hash: 450C9850EC2164A3A1119D80BEC5D6F92401928A<br>File Hash:<br>2CA5AFF6EE92FDBC080105A28A5CC27CACA722580B3E4AC135A617605391A431 | 12-07-2022 16:53:11 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 6 | Info Hash: BE47A2DF9F06B30A58871E8C917F04A2CA41C0B1<br>File Hash:<br>1E9671BE3A0E3D0A519B06B15442B8C8C0C5F0CA1A07B0672708D2930832DBBE | 12-03-2022 14:58:50 | Blacked Raw | 12-28-2018 | 02-02-2019 | PA0002155006 |
| 7 | Info Hash: 04847F4B72D1E908F6DC52B355C5FCA2325CB790<br>File Hash:<br>9AA3E4B8884D4A5A5DCBB1384A26B726A954CD5BA036BB441B06529FEDDF6173 | 11-28-2022 06:40:54 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 8 | Info Hash: 84E80334CBAD79F7C06CADE6D31766FB089692A1<br>File Hash:<br>BD6E4D3A6B557EE8D5D364B39D213852DAD9FD4EF8A97B1D98BFF26B5F430EDD | 11-23-2022 19:44:51 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 9 | Info Hash: 48DE187CADE6D655BB1B5F81C5C2B4B60F540A98<br>File Hash:<br>A9CE71D9B4EB13F809FD81E9DBED8151A9E3E395BE254FC4CB355E0184BCF2CB | 11-22-2022 04:44:42 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 10 | Info Hash: 6B7AFBC66F26085D7C1481004EFBF08404097D58<br>File Hash:<br>5370C5430308806127F943DBBFF09F1EDE55FDDEE805538951E37B67640DC422 | 11-11-2022 17:44:17 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 11 | Info Hash: 10CFDEE71E1144008E77108D4DE50A00ACF25AF5<br>File Hash:<br>C8643F3B09F4EB4F78D54152D455D0D42EF8B6E46AD09044DAA324389CF994A4 | 11-11-2022 11:15:14 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E5A6E612E0C052ABEB93B81B989A930C9C4AD15F<br>File Hash: 64691131C0805D66464A070DC2CE8B65033CEF77C31EE6D5251D1979B37CB46D | 11-11-2022 11:04:28 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 13 | Info Hash: 0470341D0EE7F066BCA23C40FB4BA20E17A92091<br>File Hash: 1E2E13E36A0C512C5156CC0FDDDEA112CA31907178300EE881FD428A36567559 | 11-11-2022 10:55:55 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 14 | Info Hash: D2E37DE33765D8D5998239BC358D1C1A4FA5637A<br>File Hash: 74E4F90B5374C57DACCE164FC1DBAD24F58F0E2B2553FDA2EDF135F9786FF0E3 | 11-11-2022 10:53:41 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 15 | Info Hash: E51B7BD5E89B3C6A4C023463F93EF4C0A984EF13<br>File Hash: CCEBE131091A6995E0AD784BDBC655E25807BB9AB8E39C98C702E675D7D695A1 | 11-11-2022 10:47:48 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 16 | Info Hash: 1846905564D491C6E79EB4BA0AB4B53BEC1C2A45<br>File Hash: D399FBE72F4E37AF02AC4B6FD23ADED71D43B449443073233A3F354BB01BA87F | 11-11-2022 10:46:44 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 17 | Info Hash: 3BA07A5A0626425EACAEC907C781A5E28FB2871E<br>File Hash: 185BCC2603876AECECA7CEB4F73D04DAE6B398D5C7BEE77C5EAA6C8D28CD4F27 | 11-11-2022 10:45:26 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 18 | Info Hash: A06A21906C5CCA79C85F7BFCFDB7C755910C4E10<br>File Hash: 471EBFF0B97DD8D5919A8670BD8F186FE5EAC62C4E7B7FBF24A5B3851ECC266C | 11-11-2022 10:43:54 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 19 | Info Hash: F06DB06CB174A838EB8C8898F07BFC13917D892D<br>File Hash: 522AC6CFBB1B852C3DCF7433D96C346398F3539766E681A14030C2C9B3E5DF27 | 11-11-2022 10:42:55 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 20 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash: B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 11-11-2022 10:17:33 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 21 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash: B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 11-11-2022 10:14:08 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 22 | Info Hash: 8EB2EDAA8840E976F99A8F2CAFD9CD75A1E71C8B<br>File Hash: 362579F131D2AC4FF784F2EAF0229469C2C9C437533951FB03ADEAC926A0A7B2 | 11-11-2022 10:13:17 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 23 | Info Hash: 74B8BD53BF12A2073D2A04B37C8826F13B140035<br>File Hash: 265667A7A9870996F1562624DE5604DE7F0088FA131250F48F2C710990CB611F | 11-11-2022 10:11:59 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D535E04CB588396BC4F9AC90F565D616FE5030B0<br>File Hash: 9DB5B44495E1BEFBE91BBE830B6BF5482AEBF0A8DD24457C543CA7DDBB94119F | 11-11-2022 10:10:42 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 25 | Info Hash: AB4C8F6782155F94F25421BD73C0C84DEA95167E<br>File Hash: FBCF6D53950FFB226F67470C3E92459585DB885A2D206CB1EC3152258DDD7DE9 | 11-11-2022 10:09:42 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 26 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash: C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 11-11-2022 10:08:56 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 27 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash: D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 11-11-2022 03:16:38 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 28 | Info Hash: 8A187814E3BA406E8BB0EC0A3FCACC25430EDABD<br>File Hash: 460176199C3CDD8477165C27D8C9BA0B07F6CC80109DB5BE4CE9728C183AEA31 | 11-11-2022 03:12:49 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 29 | Info Hash: 40C2E7E796AB9700C7722910C2D772D72077A39C<br>File Hash: CAD74A769FFAF5260B68E5260185FCE0455E0154F544BD93F021C542F6BD0491 | 11-10-2022 19:38:38 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 30 | Info Hash: 218B2B780EB5CF52D56BCD8BC73B733335D05B8E<br>File Hash: D3EC1B2600C97F78D8F1DE544AE50BD4601C4EDA24A7FA6DFDC39B83D01F8278 | 11-10-2022 19:36:12 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 31 | Info Hash: 8CCBC105A0598C05E56ABD2951CB77E05D91BB22<br>File Hash: FE2B1B7DEA40A9B854C3D7A16F91C029FB182724C88526B0A342FD142D572622 | 11-10-2022 19:35:36 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 32 | Info Hash: AE12D3BB43EB1EF4F57EC11A058D67B7371E8C63<br>File Hash: 99DA10C3A6D6CBD801B24C698384CD07295B82EF5A9060EBE05D3B0CDF45D733 | 09-30-2022 18:31:11 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 33 | Info Hash: 2B524B6F6E4161A83F548199A67119ECC8EFCF67<br>File Hash: 97EB70F552093092567A108F4051DEAC4E1695D5755720EC521496BD086F3205 | 09-30-2022 18:30:57 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |